IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ANKURA TRUST COMPANY, LLC, | § § § | |
| Appellant, | § § | |
| v. | § § | Civil Action No. 4:20-cv-01240-O |
| PLAINSCAPITAL BANK, | § § § | |
| Appellee. | § | |

## FINAL JUDGMENT

Based on this Court's *Order* issued June 17, 2021 (ECF No. 18) the bankruptcy court's *Order Denying Committee's Standing Motion* (Bankr. Doc. 712) is **AFFIRMED,** and this case is remanded to the bankruptcy court for further proceedings.

**SO ORDERED** on this **21st day** of **July, 2021.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE